IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RYAN MCCOMBS-ALLEN,<br>    Plaintiff,<br><br>v.<br><br>DREAM TEAM PIZZA, LLC,<br>    Defendant. | Case No. 21-CV-740-NKL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ryan McCombs-Allen and Defendant Dream Team Pizza, LLC, hereby enter into this Joint Stipulation for Dismissal with Prejudice of the above-styled matter, pursuant to Federal Rule of Civil Procedure 41(a)(1). This action, in full and including all claims, is dismissed with prejudice, with each party to bear and pay his/its own costs and attorneys' fees, and neither party constituting a "prevailing party" under any applicable law..

Date:  January 3, 2022

Respectfully Submitted,

 */s/ Robert A. Bruce*
Daniel L. Doyle, MO Bar No. 37305
Robert. A. Bruce, MO Bar No. 69985
DOYLE & ASSOCIATES LLC
748 Ann Avenue
Kansas City, KS  66101
(913) 371-1930
(913) 371-0147  Facsimile
d.doyle@ddoylelaw.com
r.bruce@ddoylelaw.com
**ATTORNEYS FOR PLAINTIFF**

Respectfully Submitted,

 */s/ Jaime L. Whitt*
Lawrence J. Logback, MO #46552
Jaime L. Whitt, MO #68478
SIMPSON, LOGBACK, LUNCH, NORRIS, P.A.
7400 W 110th St., Suite 600
Overland Park, KS 66210
(913) 342-2500
(913) 342-0603 - Fax
llogback@slln.com
jwhitt@slln.com
**ATTORNEYS FOR DEFENDANT**

-1-